RENEE BELCASTRO (SBN 270492)
JASON W. SHORT (SBN 263667)
PITE DUNCAN, LLP
4375 Jutland Drive, Ste. 200
P.O. Box 17934
San Diego, CA 92177-0934
Telephone: (858) 750-7600
Facsimile: (619) 326-2430
E-Mail: rbelcastro@piteduncan.com

Attorneys for Plaintiff FEDERAL HOME LOAN MORTGAGE CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JULIAN GALLARDO,<br><br>Defendant. | Case No. 1:10-cv-02337-OWW-DLB<br><br>**ORDER REMANDING THE ACTION TO STATE COURT AND ORDER AWARDING PLAINTIFF ATTORNEY FEES** |

It is ordered that the motion of Plaintiff FEDERAL HOME LOAN MORTGAGE CORPORATION ("Plaintiff") to remand this cause to the Stanislaus County Superior Court be and is granted.

It is further ordered that the Defendant JULIAN GALLARDO ("Defendant") is required to pay Plaintiff $675.00 for attorney fees and costs associated with this remand motion.

It is, therefore, ordered, that this cause be remanded to the Stanislaus County Superior Court as not properly removable to this court, and Defendant is required to pay Plaintiff's attorney fees and costs in the amount of $675.00.

IT IS SO ORDERED.

Dated: **July 20, 2011**   **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28